UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        )
SECURITIES AND EXCHANGE                 )
COMMISSION,                             )
                                        )
                 Plaintiff,             )         Civil Action No.
                                        )
         v.                             )
                                        )
                                        )
DAVID S. HADDAD, TRAFALGAR              )
SQUARE RISK MANAGEMENT, LLC,            )
and NEW ENGLAND RE, LLC,                )
                                        )
                                        )
                 Defendants.            )
                                        )
_____)

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AND ENTRY OF FINAL JUDGMENT**

Plaintiff Securities and Exchange Commission ("the Commission") and defendant David

S. Haddad ("Haddad") jointly move that this Court enter the attached proposed Final Judgment

as to Haddad.  The Commission and Haddad have agreed to all terms in the Final Judgment.  In

support of this motion, attached hereto is the Consent signed by Haddad and his counsel,

memorializing Haddad's agreement to the terms of the Final Judgment.  Specifically, without

admitting or denying the allegations in the complaint, Haddad consents to:

1.       A permanent injunction from violations of Section 10(b) of the Securities

         Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5

         thereunder [17 C.F.R. § 240.10b-5].  Section 21(d)(1) of the Exchange Act

provides that the Commission may seek, and the Court may grant, a permanent injunction against violations of the federal securities laws.

2.     A permanent injunction from violations of Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)].  Section 20(b) provides that the Commission may seek, and the Court may grant a permanent injunction against violations of the federal securities laws.  15 U.S.C. § 77t(b).

3.     A permanent injunction enjoining Haddad from providing information to, soliciting, or accepting investments or funds from, any investor or potential investor regarding the offer or sale of any securities issued by any entity that Defendant directly or indirectly owns, controls, consults for, or is employed by, without first providing such person with a written disclosure regarding Defendant's prior regulatory history, and keeping a written record that he provided such written disclosure to that person.

4.     An order pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)] prohibiting Haddad from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act. [15 U.S.C. § 78o(d)].

5.     An order to pay disgorgement in the amount of $888,462.43 in disgorgement and $27,724.49 in prejudgment interest for a total of $916,186.92 of which $644,514.26 is joint and several with defendant Trafalgar Square Risk Management, LLC and of which $271,672.66 is joint and several with defendant New England Re, LLC.

6.      An order to pay a civil penalty in the amount of $181,071.  Under Section

21(d)(3) of the Exchange Act, the Commission may seek, and the Court may

order civil penalties for violations of the federal securities laws.  15 U.S.C. §

78u(d)(3).  Similarly, under Section 20(d)(1) of the Securities Act this Court may

order civil penalties for violations of the federal securities laws. 15 U.S.C.

§ 77t(d)(1).

The parties respectfully request that the Court enter the attached proposed Final

Judgment.

<div style="margin-left:40%">

**SECURITIES AND EXCHANGE COMMISSION**

*/s/ Deena R. Bernstein*
Deena R. Bernstein (PHV 02906)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8813 (Bernstein direct)
(617) 573-4590 (fax)
bernsteind@sec.gov (Bernstein email)

**David Haddad**

*/s/ James Cowdery*
James Cowdery (CT 05103)
Cowdery & Murphy LLC
280 Trumbull Street, 22nd Floor
Hartford, Connecticut 06103
T: (860) 278-5555
F: (860) 249-0012
Jcowdery@cowderymurphy.com

</div>

Dated:  January 11, 2018

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 11, 2018, a true copy of the foregoing motion was filed by electronic means using the Court's Electronic Case Filing (ECF) system.

<div align="center">

*/s/ Deena R. Bernstein*
Deena R. Bernstein

</div>