UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                   )
SECURITIES AND EXCHANGE        )
COMMISSION,                               )
                                                 )
            Plaintiff,               )        Civil Action No.
                                               )
v.                                       )
                                               )
DAVID S. HADDAD, TRAFALGAR       )
SQUARE RISK MANAGEMENT, LLC,   )
and NEW ENGLAND RE, LLC,          )
                                               )
            Defendants.          )
_____)

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF FINAL JUDGMENT

Plaintiff Securities and Exchange Commission ("the Commission") and defendant Trafalgar Square Risk Management, LLC ("Defendant" or "Trafalgar") jointly move that this Court enter the attached proposed Final Judgment as to Trafalgar. The Commission and Trafalgar have agreed to all terms in the Final Judgment. In support of this motion, attached hereto is the Consent signed by Trafalgar and its counsel, memorializing Trafalgar's agreement to the terms of the Final Judgment. Specifically, without admitting or denying the allegations in the complaint, Trafalgar consents to:

    1.    A permanent injunction from violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]. Section 21(d)(1) of the Exchange Act provides that the Commission may seek, and the Court may grant, a permanent injunction against violations of the federal securities laws.

2. A permanent injunction from violations of Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)].  Section 20(b) of the Securities Act provides that the Commission may seek, and the Court may grant a permanent injunction against violations of the federal securities laws.  15 U.S.C. § 77t(b).

3. An order to pay disgorgement in the amount of $619,382.43 in disgorgement and $25,131.83 in prejudgment interest for a total of $644,514.26, which is joint and several with defendant David Haddad.

The parties respectfully request that the Court enter the attached proposed Final Judgment.

**SECURITIES AND EXCHANGE COMMISSION**

*/s/ Deena R. Bernstein*
Deena R. Bernstein (PHV 02906)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8813 (Bernstein direct)
(617) 573-4590 (fax)
bernsteind@sec.gov (Bernstein email)

**Trafalgar Square Risk Management, LLC**

*/s/ James Cowdery*
James Cowdery (CT 05103)
Cowdery & Murphy LLC
280 Trumbull Street, 22nd Floor
Hartford, Connecticut 06103
T: (860) 278-5555
F: (860) 249-0012

Dated:  January 11, 2018                        Jcowdery@cowderymurphy.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2018, a true copy of the foregoing motion was filed by electronic means using the Court's Electronic Case Filing (ECF) system.

                                          */s/ Deena R. Bernstein*
                                          Deena R. Bernstein