UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | |
| DAVID S. HADDAD, TRAFALGAR SQUARE RISK MANAGEMENT, LLC, and NEW ENGLAND RE, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AND ENTRY OF FINAL JUDGMENT**

Plaintiff Securities and Exchange Commission ("the Commission") and defendant new England Re, LLC ("Defendant" or "New England Re") jointly move that this Court enter the attached proposed Final Judgment as to New England Re. The Commission and New England Re have agreed to all terms in the Final Judgment. In support of this motion, attached hereto is the Consent signed by New England Re and its counsel, memorializing New England Re's agreement to the terms of the Final Judgment. Specifically, without admitting or denying the allegations in the complaint, New England Re consents to:

1. A permanent injunction from violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]. Section 21(d)(1) of the Exchange Act provides that the Commission may seek, and the Court may grant, a permanent injunction against violations of the federal securities laws.

2. A permanent injunction from violations of Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)]. Section 20(b) provides that the Commission may seek, and the Court may grant a permanent injunction against violations of the federal securities laws. 15 U.S.C. § 77t(b).

3. An order to pay disgorgement in the amount of $269,080 in disgorgement and $2,592.66 in prejudgment interest for a total of $271,672.66, which is joint and several with defendant David Haddad.

The parties respectfully request that the Court enter the attached proposed Final Judgment.

**SECURITIES AND EXCHANGE COMMISSION**

/s/ Deena R. Bernstein
Deena R. Bernstein (PHV 02906)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8813 (Bernstein direct)
(617) 573-4590 (fax)
bernsteind@sec.gov (Bernstein email)

**New England Re, LLC**

/s/ James Cowdery
James Cowdery (CT 05103)
Cowdery & Murphy LLC
280 Trumbull Street, 22nd Floor
Hartford, Connecticut 06103
T: (860) 278-5555
F: (860) 249-0012

Dated:  January 11, 2018       Jcowdery@cowderymurphy.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2018, a true copy of the foregoing motion was filed by electronic means using the Court's Electronic Case Filing (ECF) system.

                                      */s/ Deena R. Bernstein*
                                      Deena R. Bernstein